IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

----------------------------------------------------------------X
JAMES (BARRY) SANDEFUR; CHRISTY
SIDENER; MARK ROBERTS; KIMBERLY
NEWMAN; SETH MOORE; and MELANIE
WATSON,

        Plaintiffs,

                                                Case No.: 3:13-cv-00475
v.                                                (MCR)(EMT)

PUBLISHERS CIRCULATION
FULFILLMENT, INC.,                       **NOTICE OF APPEARANCE**

        Defendant.
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter the appearance of Jacquelyn R. Weisman, Esq. of Proskauer Rose LLP as counsel of record in this case for Defendant Publishers Circulation Fulfillment, Inc.  Entry of this appearance shall in no way be deemed a waiver of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Defendant.  All pleadings, correspondence, and notices should be directed to the undersigned at the address below.

Dated:  New York, New York
           November 18, 2013

                                                  Respectfully submitted,

                                                  __/s/ *Jacquelyn R. Weisman*_____
                                                  Jacquelyn R. Weisman (NY Bar No. 4923900)
                                                  PROSKAUER ROSE LLP
                                                  Eleven Times Square
                                                  New York, New York 10036-8299
                                                  Telephone:    212.969.3000
                                                  Facsimile:     212.969.2900
                                                  jweisman@proskauer.com
                                                  *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I, Jacquelyn R. Weisman, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing to be served on the following attorneys, today, November 18, 2013, by operation of the Court's CM/ECF electronic filing system:

TIFFANY A. SULLIVAN
Florida Bar No. 647691
CHARLES F. BEALL, JR.
Florida Bar No. 66494
GEORGE R. MEAD, II
Florida Bar No. 096490
Moore, Hill & Westmoreland, P.A.
220 W. Garden Street, 9th Floor
Pensacola, Florida 32502
Tel: 850/434-3541
Fax: 850/435-7899
tsullivan@mhw-law.com
cbeall@mhw-law.com
emead@mhw-law.com
*Attorney for Plaintiffs*

                By: */s/ Jacquelyn R. Weisman*
                    Jacquelyn R. Weisman