IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

-----------------------------------------------------------------X
JAMES (BARRY) SANDEFUR; CHRISTY SIDENER; MARK ROBERTS; KIMBERLY NEWMAN; SETH MOORE; and MELANIE WATSON,

       Plaintiffs,

v.

PUBLISHERS CIRCULATION FULFILLMENT, INC.,

       Defendant.
-----------------------------------------------------------------X

Case No.: 3:13-cv-00475 (MCR)(EMT)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter the appearance of P. Michael Patterson, Esq. of Emmanuel Sheppard & Condon as counsel of record in this case for Defendant Publishers Circulation Fulfillment, Inc. Entry of this appearance shall in no way be deemed a waiver of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Defendant. All pleadings, correspondence, and notices should be directed to the undersigned at the address below.

Dated:  Pensacola, Florida
         November 18, 2013

                                       Respectfully submitted,

                                       /s/ *P. Michael Patterson*
                                      P. Michael Patterson (FL Bar No. 175308)
                                      Emmanuel Sheppard & Condon
                                      30 S. Spring Street
                                      Pensacola, FL 32502-5612
                                      Tel: (850) 433-6581
                                      Fax: (850) 434-5856
                                      pmp@esclaw.com
                                      *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I, P. Michael Patterson, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing to be served on the following attorneys, today, November 18, 2013, by operation of the Court's CM/ECF electronic filing system:

TIFFANY A. SULLIVAN
Florida Bar No. 647691
CHARLES F. BEALL, JR.
Florida Bar No. 66494
GEORGE R. MEAD, II
Florida Bar No. 096490
Moore, Hill & Westmoreland, P.A.
220 W. Garden Street, 9th Floor
Pensacola, Florida 32502
Tel: 850/434-3541
Fax: 850/435-7899
tsullivan@mhw-law.com
cbeall@mhw-law.com
emead@mhw-law.com
*Attorney for Plaintiffs*

                                            By:    */s/ P. Michael Patterson*
                                                      P. Michael Patterson