IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES (BARRY) SANDEFUR; CHRISTY
SIDENER; MARK ROBERTS; KIMBERLY
NEWMAN; SETH MOORE; and MELANIE
WATSON,

    **Plaintiffs,**

v.

**PUBLISHERS CIRCULATION
FULFILLMENT, INC.,**

    **Defendant.**
_____/

**CASE NO.: 3:13-cv-00475
CLASS ACTION**

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION AND MOTION TO CONDITIONALLY CERTIFY COLLECTIVE FLSA ACTION

Plaintiffs, by and through their undersigned counsel, move for an extension of time within which to file their Motion for Class Certification and Motion to Conditionally Certify FLSA Collective Action and as grounds in support thereof would state as follows:

1. This action was commenced with the filing of Plaintiffs' initial Complaint on August 26, 2013. Plaintiffs' initial Complaint was not styled as a class action or collective action suit.

2. Plaintiffs' First Amended Complaint was filed on September 19, 2013. Plaintiffs' First Amended Complaint contained class action and collective action allegations.

3. The Local Rules of the Northern District of Florida require Plaintiffs to file a Motion to Certify Class within ninety (90) days after filing the complaint. *See* Loc. R. 23.1(B).

4. Plaintiffs understand Local Rule 23.1(B) requires Plaintiffs to file a Motion to Certify Class within ninety (90) days of the *initial* complaint and that such deadline was not affected by the subsequent filing of Plaintiffs' First Amended Complaint. *See Jones v. Hartford Ins. Co. of Midwest*, 243 F. R. D. 694 (N.D. Fla. 2006).

5. Ninety (90) days from the date of filing of the initial Complaint is November 24, 2013. This motion is made prior to the expiration of that time.

6. Since filing the initial Complaint and the First Amended Complaint, Plaintiffs have discovered new information relevant to their causes of action. Plaintiffs' Motion for Leave to Amend the First Amended Complaint and proposed Second Amended Complaint will be filed on or before November 22, 2013 and seeks to incorporate this newly discovered information. Such information is relevant for purposes of Plaintiffs' Motion for Class Certification and Motion to Conditionally FLSA Certify Collective Action. Additionally, the Second Amended Complaint will address issue raised in Defendant's Motion to Dismiss filed 11/15/13 (Document 24).

7. Additional time for discovery is needed in order for Plaintiffs to effectively prepare the Motion for Class Certification and the Motion to Conditionally Certify FLSA Collective Action.

8. Opposing counsel does not object to extending the deadline for filing Plaintiffs' Motion for Class Certification and Motion to Conditionally Certify FLSA Collective Action to January 31, 2014.

WHEREFORE, Plaintiffs pray that the Court enter an Order providing that the period of time within which Plaintiffs shall be required to file their Motion for Class Certification and Motion to Conditionally Certify FLSA Collective Action shall be extended to January 31, 2014.

Respectfully submitted,

/s/ Tiffany A. Sullivan
**TIFFANY A. SULLIVAN**
Florida Bar No. 647691
**CHARLES F. BEALL, JR.**
Florida Bar No. 66494
**GEORGE R. MEAD, II**
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
220 W. Garden Street, 9th Floor
Pensacola, Florida 32502
Tel: 850/434-3541
Fax: 850/435-7899
Counsel for Plaintiffs
tsullivan@mhw-law.com
cbeall@mhw-law.com
emead@mhw-law.com
smccaul@mhw-law.com

## CERTIFICATE OF COUNSEL CONFERENCE

Pursuant to Northern District, Local Rule 7.1(B), the undersigned conferred with counsel for the Defendant's via telephone on November 18, 2013, and Defendant does not object to the request made herein.

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2013, I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following counsel of record:

| **P. Michael Patterson, Esquire** | **Mark W. Batten, Esquire** |
|---|---|
| Emmanuel Sheppard & Condon | Proskauer Rose LLP |
| 30 South Spring Street | One International Place |
| Pensacola, FL 32502 | Boston, MA 02110-2600 |
| pmp@esclaw.com | mbatten@proskauer.com |
|  |  |

| | |
|---|---|
| **Gregory I. Rasin, Esquire**<br>**Jacquelyn R. Weisman, Esquire**<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>grasin@proskauer.com<br>jweisman@proskauer.com | |

/s/ Tiffany A. Sullivan
**TIFFANY A. SULLIVAN**
Florida Bar No. 647691
**CHARLES F. BEALL, JR.**
Florida Bar No. 66494
**GEORGE R. MEAD, II**
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
220 W. Garden Street, 9th Floor
Pensacola, Florida 32502
Tel: 850/434-3541
Fax: 850/435-7899
Counsel for Plaintiffs
tsullivan@mhw-law.com
cbeall@mhw-law.com
emead@mhw-law.com
smccaul@mhw-law.com