IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES (BARRY) SANDEFUR; CHRISTY
SIDENER; MARK ROBERTS; KIMBERLY
NEWMAN; SETH MOORE; and MELANIE
WATSON,

    Plaintiffs,

v.

PUBLISHERS CIRCULATION
FULFILLMENT, INC.,

    Defendant.
_____/

CASE NO.: 3:13-cv-00475
CLASS ACTION

## NOTICE OF FILING CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216, the following individual hereby files her Consent to Join this Fair Labor Standards Act Collective Action with said Consent being attached hereto this notice:

**Jacquita Stokes**

/s/ Tiffany A. Sullivan
**TIFFANY A. SULLIVAN**
Florida Bar No. 647691
**CHARLES F. BEALL, JR.**
Florida Bar No. 66494
**GEORGE R. MEAD, II**
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
220 W. Garden Street, 9th Floor
Pensacola, Florida 32502
Tel: 850/434-3541
Fax: 850/435-7899
Counsel for Plaintiffs
tsullivan@mhw-law.com
cbeall@mhw-law.com
emead@mhw-law.com
smccaul@mhw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2013, I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following counsel of record:

| | |
|---|---|
| **P. Michael Patterson, Esquire**<br>Emmanuel Sheppard & Condon<br>30 South Spring Street<br>Pensacola, FL 32502<br>pmp@esclaw.com | **Mark W. Batten, Esquire**<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110-2600<br>mbatten@proskauer.com |
| **Gregory I. Rasin, Esquire**<br>**Jacquelyn R. Weisman, Esquire**<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>grasin@proskauer.com<br>jweisman@proskauer.com | |

/s/ Tiffany A. Sullivan
**TIFFANY A. SULLIVAN**
Florida Bar No. 647691
**CHARLES F. BEALL, JR.**
Florida Bar No. 66494
**GEORGE R. MEAD, II**
Florida Bar No. 096490

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES (BARRY) SANDEFUR; CHRISTY
SIDENER; MARK ROBERTS; KIMBERLY
NEWMAN; SETH MOORE; and MELANIE
WATSON,

    Plaintiffs,

v.

PUBLISHERS CIRCULATION
FULFILLMENT, INC.,

    Defendant.
_____/

CASE NO.: 3:13-cv-00475
CLASS ACTION

## CONSENT TO JOIN FORM

**Consent to sue under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b)**

1. From _10-2010_ [DATE] through _11-2011_ [DATE], I was employed by Publishers Circulation Fulfillment, Inc. in the following positions: _Customer Care Rep._.

2. During my above stated dates of employment, there were / have been occasions when I worked more than forty hours per workweek and was not / have not been compensated at the rate of one and one half times my regular rate of pay for such hours.

3. I consent to join the FLSA collective action titled *Sandefur v. Publishers Circulation Fulfillment, Inc.* (N.D.Fla.), to recover my unpaid overtime and all other damages as allowed by the FLSA.

4. I authorize Moore, Hill & Westmoreland, P.A., and any associated attorneys as well as any successors or assigns, to represent me with my claims by joining to an existing lawsuit against PCF. By signing and returning this Consent to Join, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorney's fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other

1

plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by PCF on my behalf. I understand that the fees retained by the attorneys will be either the amount received from PCF or 33 1/3% of my gross settlement or judgment amount, whichever is greater.

Print Name: Jacquita Stokes

Signature: *Jacquita L. Stokes*

Date Signed: 11-15-13